ARNOLD G. MALKAN, Appellant-Respondent, v. HAROLD BAER, Respondent-Appellant. FEDERAL DISCOUNT CORPORATION, Respondent-Appellant, v. ARNOLD G. MALKAN, Appellant-Respondent.— Judgment unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE FERNANDEZ, CHARLES LIPPARELLI and BENJAMIN MILES, Appellants.— Judgment unanimously affirmed as to each defendant. (Code Crim. Pro., § 542.) No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 100 E. 57TH ST. CORP., Appellant-Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. [445 Park Ave., Borough of Manhattan.] — Order unanimously modified by increasing the building value to $5,400,000 for the tax year 1948–49, and to $5,500,000 for the tax year 1949–50 and, as so modified, affirmed, with $20 costs and disbursements to the respondents-respondents-appellants. There are elements which we think the court disregarded in valuing the building on the theory that they did not enhance the value of the land. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

In the Matter of the Arbitration between LEON FRIEDMAN, Respondent, and VIDEO TELEVISION, INC., Appellant.— The award appealed from is erroneous in form in that it does not limit the payments of installments to years in which surplus is available for that purpose; it is therefore modified to include such a limitation and the judgment entered is also modified accordingly. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

In the Matter of NEW YORK SAVINGS BANK, Petitioner, against LAZARUS JOSEPH, as Comptroller of the City of New York, et al., Respondents.— Savings banks having life insurance departments issuing mutual policies under article 10-A of the Insurance Law, were regarded as mutual companies within the coverage of the Insurance Law. (*Matter of Columbian Protective Assn.* v. *McGoldrick*, 292 N. Y. 171, 174.) The subsequent translation of article 10-A from the Insurance Law to become article VI-A of the Banking Law did not alter their character. Such a department of a savings bank partakes of the nature of a mutual life insurance company for the purpose of determining the applicability of the municipal gross receipts law. Therefore, the determination is unanimously confirmed, with $20 costs and disbursements to the respondents. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See *post,* pp. 864, 882.]

ALICE GARVIN, Appellant, v. GEORGE K. GARVIN et al., Respondents.— Judgment and order affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.; Dore and Callahan, JJ., dissent and vote to reverse. [Order granted motions to dismiss complaint.]